PROB 35
(Rev. prop 603)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

Western District Of Pennsylvania

UNITED STATES OF AMERICA

v.

Jody Pallatto

Criminal No. 0315 2:07CR00179-001

On September 28, 2007, the above named was placed on probation for a period of 36 months. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

_Donald A Covington_
Donald A. Covington
United States Probation Officer

## ORDER OF COURT

Pursuant to the above information, it is ordered that the probationer/supervised releasee be discharged from and that the proceedings in the case be terminated.

Dated this 23rd day of March, 2009.

_Gary L. Lancaster_
Gary L. Lancaster
United States District Judge